UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DAVID WILSON,

    Plaintiff,

v.

CONNIE HORTON, et al.,

    Defendants.

_____/

Case No. 2:18-cv-198

HONORABLE PAUL L. MALONEY

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  March 29, 2022

/s/  Paul L. Maloney
Paul L. Maloney
United States District Judge